SOUTHWESTERN ENGINEERING CO. v. SOUTHWESTERN ENGINEERING CO. et al. (Circuit Court of Appeals, Eighth Circuit. June 30, 1913.) No. 128. Petition to Revise Order of the District Court of the United States for the Eastern District of Oklahoma. Charles A. Loomis, of Kansas City, Mo., for petitioner. Martin, Bush & Murry, of Tulsa, Okl., and A. J. McCarthy, of Oklahoma City, Okl., for respondents.

PER CURIAM. Order of District Court vacated and set aside, with directions for further proceedings, etc., per stipulation of parties on opinion in B–R Electric & Telephone Manufacturing Co. et al. v. Southwestern Engineering Co. et al., 206 Fed. 885, 124 C. C. A. 545.

---

STRATTON'S INDEPENDENCE v. HOWBERT. (Circuit Court of Appeals, Eighth Circuit. January 29, 1914.) No. 3862. In Error to the District Court of the United States for the District of Colorado. For opinion below, see 207 Fed. 419. William V. Hodges and Mason A. Lewis, both of Denver, Colo., for plaintiff in error. Harry E. Kelley, U. S. Atty., and Ralph Hartzell, Asst. U. S. Atty., both of Denver, Colo., for defendant in error.

PER CURIAM. Affirmed, on mandate of Supreme Court (231 U. S. 399, 34 Sup. Ct. 136, 58 L. Ed. ——) in response to questions certified.

---

WILLIAMSON v. OSENTON. (Circuit Court of Appeals, Fourth Circuit, June 7, 1913.) No. 1167. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. W. E. Chilton and Chilton, MacCorkle & Chilton, all of Charleston, W. Va., and S. W. Walker, of Martinsburg, W. Va., for plaintiff in error. R. G. Linn, of Glenville, W. Va., C. Beverley Broun, and C. Hall, both of Charleston, W. Va., for defendant in error.

PER CURIAM. Certified to the Supreme Court on a question or proposition of law.

---

WOOD et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. April 19, 1913.) No. 1129. In Error to the District Court of the United States for the Eastern District of Virginia, at Norfolk. For opinion on affirmance of judgment, see 204 Fed. 55, 122 C. C. A. 369. George A. Hanson, of Richmond, Va., for plaintiffs in error. Robert H. Talley, Asst. U. S. Atty., of Richmond, Va.

PER CURIAM. Upon petition of Clarence B. Wood, a writ of error is allowed him to the Supreme Court.